UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRACEY WARFIELD,

        Plaintiff,                             Case No. 1:11-CV-754

v.                                           HON. GORDON J. QUIST

RICHARD ZYCH,

        Defendant.
                            /

### ORDER APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties by United States mail on November 20, 2012. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed November 19, 2012, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that this case is **DISMISSED** pursuant to Fed. R. Civ. P. 41(b) and W.D. Mich. L.Civ.R. 41.1 for want of prosecution and failure to comply with the rules and orders of this court.

This case is **concluded**.


Dated: December 17, 2012                                        /s/ Gordon J. Quist
                                                                   GORDON J. QUIST
                                                     UNITED STATES DISTRICT JUDGE